IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KERRI WILLIAMS                                                                                    PLAINTIFF

v.                                          CIVIL NO. 22-5046

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                         DEFENDANT

## O R D E R

On March 9, 2022, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. ( ECF No. 2). Plaintiff filed a request for leave to proceed *in forma pauperis* on the same date. (ECF No. 3). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 9th day of March 2022:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The Court hereby directs that a copy of the complaint, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Kilolo Kijakazi, Acting Commissioner, Social Security Administration, as well as, Merrick B. Garland, U.S. Attorney General, and Candace Taylor, Assistant U.S. Attorney. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/   *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE